Argued and submitted January 9, reversed and remanded February 12, 1997

In the Matter of the Compensation of
Barbara J. Lloyd, Claimant.

Barbara J. LLOYD,
*Petitioner,*

*v.*

K-MART CORPORATION,
*Respondent.*

(WCB 94-00752; CA A92150)

933 P2d 379

Kevin Keaney argued the cause for petitioner. With him on the brief was Pozzi Wilson Atchison.

Karen O'Kasey argued the cause for respondent. With her on the brief was Schwabe, Williamson & Wyatt.

Before Warren, Presiding Judge, and Edmonds and Armstrong, Judges.

PER CURIAM

Petition for judicial review dismissed. ORS 656.278(4).